IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KELVIN CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-032 |
| | ) | |
| TELFAIR STATE PRISON; FRED BURNETTE, Warden; FNU ETHRIDGE, Deputy Warden; FNU SPIRES, Deputy Warden; FNU FAIRIS, Business Manager; SAM ZANDERS, Captain; and TYVONNE WADLEY, Counselor, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed IFP (doc. no. 2) is **DENIED**, and this action is **DISMISSED** without prejudice.

SO ORDERED this ___ day of June, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE