# United States District Court
## *Southern District of Georgia*

KELVIN CAIN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV308-32

TELFAIR STATE PRISON; FRED BURNETTE, Warden; FNU ETHRIDGE, Deputy Warden; FNU SPIRES, Deputy Warden; FNU FAIRIS, Business Manager; SAM ZANDERS, Captain; and TYVONNE WADLEY, Counselor,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of June 4, 2008, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, Judgment is entered dismissing this action without prejudice, and this case stands closed.

| | |
|---|---|
| 06/04/08 | Scott L. Poff |
| Date | Clerk |
| | |
| | *(By) Deputy Clerk* |